**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-51303 |
| Ramon Luis Caballero | Chapter 7 |
| Debtor | Judge Gregory R. Schaaf |

**ORDER SUSTAINING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY KNOWN AS 2014 NISSAN ALTIMA - 1N4AL3APOEC103570**

For good cause shown, Capital One Auto Finance, a division of Capital One N.A.'s ("Movant") Motion for Relief from Stay and Abandonment is hereby granted.

The Court finds that the Movant filed a motion that requested the trustee be ordered to abandon any interest in the Property described as 2014 NISSAN ALTIMA - 1N4AL3APOEC103570 (the "Property).

The Court further finds that the Trustee has not filed a written objection to the taking of the proposed action.

Therefore, it is ORDERED that the Trustee abandon all interest in the Property.

The Court finds that Movant filed a motion that requested relief pursuant to 11 U.S.C. §362 so that it could accelerate the debt owed by the Debtors herein and otherwise pursue Movant's contractual and state law remedies for the Property.

The Court further finds that the Debtors have not filed a timely written objection to the taking of the proposed action.

Therefore, pursuant to 11 U.S.C. §362, it is ORDERED that the stay issued in this action be terminated with respect to the Movant, its successors and assigns.

The Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to repossess the subject collateral, to sell the Property in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights as to the Property.

The stay shall remain terminated in the event the Debtors convert to a different chapter under the Bankruptcy Code.

IT IS HEREBY ORDERED that the Property described above is DEEMED ABANDONED.

This is a final and appealable order.

   /s/ D. Anthony Sottile
D. Anthony Sottile (92251)
Jon Lieberman (86802)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
bankruptcy@sottileandbarile.com

Pursuant to Local Rule 9022-1(c), D. Anthony Sottile shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(c) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

**DISTRIBUTION LIST**

James D. Lyon
100 E. Vine Street
STE 404
Lexington, KY 40507
jdlyonlaw@aol.com
Debtors' Attorney

Stephen Palmer
271 W Short St #804
Lexington, KY 40507-1217
StephenPalmerTIB@aol.com
Chapter 7 Trustee

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov

Ramon Luis Caballero
143 Nunnally Way
Leesburg, GA 31763

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, February 26, 2018**
**(grs)**